IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FENBERG,<br><br>    Plaintiff,<br><br>  v.<br><br>COWDEN AUTOMTIVE LONG TERM DISABILITY PLAN,<br><br>    Defendant.<br>_____/ | No. C 03-03898 SI<br><br>**ORDER GRANTING BENEFITS AND REMANDING CASE** |

On May 24, 2005, the Court filed an Order granting summary judgment in favor of plaintiff. Thereafter, the Court directed the parties to provide further briefing regarding the appropriate payment of back benefits and clarification of future benefits. Having heard from both parties, who are substantially in agreement, the Court finds as follows.

The parties agree upon the appropriate calculation of past benefits. Plaintiff was entitled to receive a Gross Monthly Benefit under the plan in the amount of $3,745.35 per month, beginning on June 1, 2002. This amount must be reduced by any Social Security or state disability benefits plaintiff has received during that time period. Plaintiff received Social Security disability benefits in the amount of $1,314.00 per month beginning on August 1, 2002, and California disability benefits of $2,133.33 per month beginning on March 1, 2002 and lasting until March 1, 2003.

Thus, for June and July, 2002, plaintiff is entitled to $1,612.02 per month. For August 2002 through February 2003, plaintiff is entitled to $298.02 per month. And from March 2003 through May 2004, plaintiff is entitled to $2,431.35 per month. This comes to a total of $41,780.43.

The parties dispute whether plaintiff is entitled to disability payments after May 2004. Both parties

agree that, to the extent plaintiff's disability was based upon depression, the plan provides for only 24 months of coverage. Plaintiff maintains that he has been and is physically disabled due to his HIV/AIDS infection. Defendant contests this assertion. Both parties agree that the administrative record has not been developed on this point, and request that the Court remand to the claim review fiduciary for the plan, Reliance Standard Life Insurance Company.

Accordingly, the Court ORDERS that defendant pay plaintiff past benefits for the first 24 months of his disability in the amount of $41,780.43, plus pre-judgment interest at the rate applicable to post-judgment interest provided by 28 U.S.C. § 1961. The Court further REMANDS this matter to Reliance Standard Life Insurance Company for further consideration of coverage after May 2004. Finally, plaintiff may file a motion for attorneys' fees within fourteen days of the date this Order is filed.

**IT IS SO ORDERED.**

Dated: 10/14/05

SUSAN ILLSTON
United States District Judge