IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY FENBERG,            No. C 03-03898 SI

    Plaintiff,            **JUDGMENT**

v.

COWDEN AUTOMTIVE,

    Defendant.
                                 /

In accordance with the Court's Order of October 17, 2005, judgment is hereby entered.

**IT IS SO ADJUDGED.**

Dated: October 18, 2005

                                                           SUSAN ILLSTON
                                                           United States District Judge