**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**
ATTORNEYS AT LAW
1330 BROADWAY, SUITE 1800
OAKLAND, CALIFORNIA 94612-2519

PHONE: (510) 839-6824 • FAX: (510) 839-7839
SENDER'S E-MAIL: TRENAKER@LEWISFEINBERG.COM

January 16, 2008

BY E-FILING

Hon. Susan Illston
United States District Court
Northern District of California

    Re:    *Fenberg v. Cowden Automotive Long Term Disability Plan*
             No. C 03-03898 SI

Dear Judge Illston:

    Per instructions from your calendar clerk, Ms. Sutton, I write regarding the case management conference currently set for February 1, 2008, in the above-referenced case. On December 17, 2007, the Ninth Circuit issued its decision in this case. Although this Court's docket reflects that the record has been returned, the mandate has not yet issued and Plaintiff's petition for rehearing is pending. Accordingly, it appears the case management conference was set in error and I respectfully request that it be taken off calendar until the Ninth Circuit's mandate issues.

    Kevin P. McNamara, counsel for the Defendant, has authorized me to say that Defendant joins in this request.

                                  Very truly yours,

                                  LEWIS, FEINBERG, LEE,
                                  RENAKER & JACKSON, P.C.

                     By   /s/ Teresa S. Renaker
                             Teresa S. Renaker
                             Counsel for Plaintiff



IT IS SO ORDERED
Judge Susan Illston