HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone:  (213) 489-3222
Facsimile:   (213) 623-7929

Attorneys for Defendant COWDEN
AUTOMOTIVE LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FENBERG, | ) CASE NO.  C 03-03898 SI |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING BRIEFING** |
| v. | ) **SCHEDULE REGARDING** |
| | ) **CROSS-MOTIONS FOR SUMMARY** |
| COWDEN AUTOMOTIVE LONG | ) **JUDGMENT, AND CONTINUING** |
| TERM DISABILITY PLAN, | ) **HEARING REGARDING SAME** |
| | ) |
| Defendants. | ) |
| _____ | ) |

WHEREAS, this is a case for long-term disability benefits under the Cowden Automotive Long Term Disability Plan, which is sponsored by his former employer, and insured by Reliance Standard Life Insurance Company. Plaintiff's Complaint is filed under Section 502(a)(1)(B) of ERISA, 29 U.S.C. Section 1132(a)(1)(b).

WHEREAS, at a Case Management Conference ("CMC") held on March 7, 2008, the Court set a deadline of July 11, 2008 for Plaintiff to file his Motion for Summary Judgment ("MSJ"), July 25, 2008 for Defendant's Opposition and Cross-MSJ, August 8, 2008 for Plaintiff's Reply and Opposition to Cross-MSJ, and August 15, 2008 for Defendant's Reply to Plaintiff's Opposition to MSJ, and August 29, 2008 for the hearing on the Cross-Motions for Summary Judgment (Docket No. 115);

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

WHEREAS, the United Stated Supreme Court issued its decision in <u>Metropolitan Life Insurance Co. et al. v. Glenn</u> on June 19, 2008.

WHEREAS, in light of the recent issuance of the <u>Glenn</u> decision, the press of other business, including multiple briefs resulting from the <u>Glenn</u> decision, and summer vacations, defendant requests a two-week continuance of the briefing schedule and hearing on the parties' Cross-Motions for Summary Judgment.

WHEREAS, this continuance, if granted, would result in plaintiff's MSJ being due July 25, 2008, defendant's Opposition and Cross-MSJ being due August 8, 2008, plaintiff's Reply and Opposition to Cross-MSJ being due August 22, 2008, defendant's Reply to plaintiff's Opposition to its MSJ being due August 29, 2008, and a hearing on September 12, 2008.

WHEREAS, Plaintiff does not object to the continuance proposed above.

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendant, through their respective counsel of record, that;

1.    The Court, in its discretion, should extend the deadline for plaintiff's MSJ from July 11, 2008 to July 25, 2008;

2.    The Court, in its discretion, should extend the deadline for defendant's Opposition to plaintiff's MSJ, and Cross-MSJ, from July 25, 2008 to August 8, 2008;

3.    The Court, in its discretion, should continue the deadline for plaintiff's Reply to Opposition to its MSJ and Opposition to defendant's Cross-MSJ from August 8, 2008 to August 22, 2008;

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

4. The Court, in its discretion, should extend the deadline for defendant's Reply to plaintiff's Opposition to its Cross-MSJ from August 15, 2008 to August 29, 2008;

5. The Court, in its discretion, should continue the hearing on the parties' Cross-Motions for Summary Judgment from August 29, 2008 to September 12, 2008, at 9:00 a.m. in Courtroom 10.

DATED: July 7, 2008                    LEWIS, FENBERG, LEE, RENAKER & JACKSON, P.C.


By: /s/ Teresa S. Renaker
                    TERESA S. RENAKER
                    Attorneys for Plaintiff LARRY
                    FENGERG

DATED: July 7, 2008                    HARRINGTON, FOXX, DUBROW & CANTER, LLP


By: /s/ Kevin P. McNamara
                    KEVIN P. McNAMARA
                    Attorneys for Defendant COWDEN
                    AUTOMOTIVE LONG TERM
                    DISABILITY PLAN

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

# ORDER

Having considered the information provided in this Stipulation, and good cause having been shown, it is hereby ordered that;

1. The deadline for plaintiff to file his Motion for Summary Judgment ("MSJ") is continued from July 11, 2008 to July 25, 2008;

2. The deadline for defendant to file its Opposition to plaintiff's MSJ, and defendant's Cross-MSJ, is continued from July 25, 2008 to August 8, 2008;

3. The deadline for plaintiff to file his Reply to Opposition to its MSJ, and his Opposition to defendant's Cross-MSJ is continued from August 8, 2008 to August 22, 2008;

4. The deadline for defendant to file its Reply to plaintiff's Opposition to its Cross-MSJ is continued from August 15, 2008 to August 29, 2008;

5. The hearing on the parties' Cross-Motions for Summary Judgment is continued from August 29, 2008 to September 12, 2008, at 9:00 a.m. in Courtroom 10.

IT IS SO ORDERED.



_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE RE CROSS-MSJ