Teresa S. Renaker – CA State Bar No. 187800
Vincent Cheng – CA State Bar No. 230827
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
vcheng@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY FENBERG,<br><br>    Plaintiff,<br><br>    vs.<br><br>COWDEN AUTOMOTIVE LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. C 03-03898 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE SUMMARY JUDGMENT BRIEFS AND SUPPORTING DOCUMENTS UNDER SEAL**<br><br>Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Dept:  Courtroom 10, 19th Floor<br>Judge: Honorable Susan Illston |

Good cause appearing, the Court hereby orders that, pursuant to Local Rule 79-5, unredacted versions of the following documents shall be filed under seal: (1) Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment; (2) Exhibits 1 and 9 to the Declaration of Vincent Cheng in Support of Plaintiff's Motion for Summary Judgment, (3) Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE SUMMARY JUDGMENT BRIEFS AND SUPPORTING DOCUMENTS UNDER SEAL
[CASE NO. C 03-03898 SI]

1  Motion for Summary Judgment, (4) Plaintiff's Reply in Support of Plaintiff's Motion for
2  Summary Judgment and in Opposition to Defendant's Cross-Motion for Summary Judgment,
3  and (5) Defendant's Reply in Support of Defendant's Cross-Motion for Summary Judgment.
4      Only those portions of the parties' briefs which make specific reference to Plaintiff's
5  confidential medical information by reproducing, quoting from, or summarizing Plaintiff's
6  medical records, treating physician's opinions, or reports, shall be subject to this sealing order.
7  Redacted versions of these briefs shall be electronically filed with the Court. To the extent that
8  Defendants wish to cite to the documents attached as Exhibits 1 and 9 to the Declaration of
9  Vincent Cheng, filed in Support of Plaintiff's Motion for Summary Judgment, in their
10 opposition brief, Defendants shall refer to Exhibits 1 and 9 of this declaration and shall not re-
11 file these documents with the Court.

13 IT IS SO ORDERED.

15 Dated: _____     _____
16                              Honorable Susan Illston
                                 United States District Judge
17                               Northern District of California

28
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE
SUMMARY JUDGMENT BRIEFS AND SUPPORTING DOCUMENTS UNDER SEAL
[CASE NO. C 03-03898 SI]                                                              2