IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FENBERG, | No. C 03–3898 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COWDEN AUTOMOTIVE LONG TERM DISABILITY PLAN, | |
| Defendant. / | |

Defendant's motion for summary judgment is granted and plaintiff's is denied. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: October 11, 2008

SUSAN ILLSTON
United States District Judge